UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Dean C. Plaskett, 08010-094 ) C/A No. 8:14-773-MGL-JDA
aka Dean Clifford Plaskett, )
 )
    Petitioner, )
 )
vs. )
 )
Maureen Cruz, Warden, )
 )
    Respondent. )
_____)

## MOTION TO EXPEDITE REVIEW

  COMES NOW the Petitioner, Dean C. Plaskett and respectfully moves this Honorable Court to expedite review of his Petition For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241, and all other filings pertaining thereto.

  Petitioner humbly reminds this Court that on March 7, 2014, he filed his "Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241" and "Memorandum Of Law In Support Of Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241".

  On March 14, 2014, the Court filed its Order authorizing service of process by clerk, directing Respondent not to answer and directing the Petitioner to notify the clerk in writing of any change of address.

  Also, on March 14, 2014, the Magistrate filed a Report and Recommendation stating that the § 2241 Petition should be dismissed without prejudice and without requiring Respondent to file an answer or return. It also recommended that the District Court deny a Certificate of Appealability. Further, it advised

1

that objections to the Report and Recommendation were due by March 31, 2014.

On March 24, 2014, Petitioner filed his "Objections To Magistrate's Report And Recommendation On Petition Pursuant To 28 U.S.C. § 2241", stating that (1) the Petition is not procedurally barred, (2) Petitioner's arguments were misconstrued, (3) The authorities relied upon by the Magistrate's Report and Recommendation are distinguished from the instant matter, and (4) Petitioner's argument distinguishes an unspecified federal investigation from a particular official proceeding.

On or about June, 2014, Petitioner notified the Court in writing of his change of address.

In June, 2015, Petitioner filed a Motion To Supplement his Objections to the magistrate's report soley to bring to the Court's attentiona recent pertinent appellate court opinion. No new arguments or issues were presented.

As of the date of this filing, it has been fifteen months since Petitioner filed his objections to the magistrate's report and recommendation and twelve months since Petitioner notified the Court of his change of address.

Petitioner avers that his constitutional Due Process Rights are being infringed upon by the inordinate length of time that has transpired without adjudication of this matter.

If Petitioner's arguments are deemed valid, he will be "actually innocent" of the charges upon which he was convicted. Certainly, any additional moments of incarceration will be to long, for justice delayed is justice denied.

2

WHEREFORE Prtitioner prays that this Court will expedite its review of his Petition for a Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Respectfully submitted

Date: 6/22/15

Dean C. Plaskett, Pro Se